## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

ROBERT R. HICKS,

                Plaintiff,                         CIVIL ACTION FILE

vs.                                         NO. 1: 12-cv-02388-WBH

SRSANDCO, LLC d/b/a MUDLICK MAIL,
and TIM ROSS, JR.

                Defendants.

## J U D G M E N T

This action having come before the court, Honorable Willis B. Hunt, Jr., Senior

United States District Judge, for consideration of parties' Proposed Order of Judgment,

and the court having accepted said judgment, it is

**Ordered and Adjudged** that  Judgment will be entered in favor of Plaintiff

Robert R. Hicks and against Defendants SRSandco, LLC d/b/a Mudlick Mail, and Tim

Ross, Jr, jointly and severally, in the amount of $8,000.00 inclusive of all damages,

attorneys' fees and costs.   Interest shall accrue on the outstanding balance at the

statutory rate.

Dated at Atlanta, Georgia, this 23 day of January, 2013.

                                        JAMES N. HATTEN
                                        CLERK OF COURT


                         By:   s/Traci Clements Campbell
                               Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
      January 23, 2013
James N. Hatten
Clerk of Court

By: s/Traci Clements Campbell
       Deputy Clerk